*Kevin H. Sharp*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | No. 3:13-00071 |
| | ) | JUDGE SHARP |
| CANDICE ATEAYA JONES | ) | |

MOTION OF THE GOVERNMENT FOR SUBSTITUTION OF COUNSEL

The United States of America (the Government), hereby gives notice that Assistant United States Attorney (AUSA) S. Carran Daughtrey should be substituted in the place of AUSA Jimmie Lynn Ramsaur as the attorney for the Government in this case.

Respectfully submitted,

DAVID RIVERA
UNITED STATES ATTORNEY

By: s/ S. Carran Daughtrey
    S. CARRAN DAUGHTREY
    Assistant U. S. Attorney
    110 9th Avenue South,
    Suite A-961
    Nashville, Tennessee 37203-3870
    Telephone: 615-736-5151

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Government's Notice of Substitution of Counsel was served this 13th day of March, 2014 via the Court's electronic filing system upon:

Michael C. Holley
Federal Public Defender's Office
810 Broadway, Suite 200
Nashville, TN 37203

    s/ S. Carran Daughtrey
    S. CARRAN DAUGHTREY
    Assistant United States Attorney