UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 3:13-00071 |
| ) | JUDGE KEVIN H. SHARP |
| CANDICE ATEAYA JONES ) | |

**O R D E R**

Pending before the Court is Defendant's Agreed Motion to Continue Revocation Hearing (Docket No. 20).

The motion is GRANTED and the revocation hearing scheduled for April 11, 2014, is hereby rescheduled for Friday, July 11, 2014, at 10:30 a.m.

IT IS SO ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE