PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Candice Ateya Jones</u>     Case Number: <u>3:13-00071-01</u>

Name of Current Judicial Officer: <u>The Honorable Kevin H. Sharp, U.S. District Judge</u>

Name of Sentencing Judicial Officer: <u>The Honorable Sean F. Cox, U.S. District Judge (ED/TX)</u>

Date of Original Sentence: <u>October 23, 2009</u>

Original Offense: <u>21 U.S.C. § 846, Attempt to Possess with Intent to Distribute a Controlled Substance</u>

Original Sentence: <u>33 months' custody and 4 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>July 3, 2012</u>

Assistant U.S. Attorney: <u>Lee Deneke</u>     Defense Attorney: <u>Michael Holley</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this <u>15th</u> day of <u>Sept</u>, 2014, and made a part of the records in the above case.

_____
Kevin H. Sharp
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U.S. Probation Officer

Place     Nashville, Tennessee

Date      September 11, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.          Nature of Noncompliance

1.                     **The defendant shall not commit another federal, state or local crime.**

   On September 7, 2014, Ms. Jones was issued a citation by the Franklin Police Department for Driving on a Suspended License. She is required to report for the citation on September 24, 2014.

**Compliance with Supervision Conditions and Prior Interventions:**

Ms. Jones began supervised release on July 3, 2012. She is scheduled to terminate supervision on July 2, 2016. Ms. Jones was originally sentenced in the Eastern District of Michigan on October 23, 2009. Her jurisdiction was transferred to the Middle District of Tennessee on April 22, 2013.

On January 10, 2014, a report requesting no action was submitted to the Court to inform that Ms. Jones was issued a misdemeanor citation for Unlawful Use of Drug Paraphernalia. No action was ordered by the Court at that time. The charge was retired on March 27, 2014.

On February 18, 2014, a petition requesting a warrant was submitted to the Court to inform that Ms. Jones had been issued a citation for Driving on a Suspended License, tested positive for marijuana on one occasion while pregnant, failed to submit monthly reports within the first five days of the month, and refused to participate in a substance abuse treatment. A warrant was ordered, and Ms. Jones was arrested on February 25, 2014. Ms. Jones was released the day of the arrest and ordered to participate in substance abuse treatment and drug testing. She has continued to test negative for illegal drugs to date. On March 5, 2014, Ms. Jones was found guilty for the charge of Driving on a Suspended License and ordered to pay a total of $340.10 for court costs and fines. On March 20, 2014, Ms. Jones was found guilty of Driving on a Suspended License and ordered to pay a total of $377.10 in court costs and fines.

Ms. Jones has been employed at the Heritage at Brentwood in Brentwood, Tennessee, since February 2014.

**U.S. Probation Officer Recommendation:**

It is respectfully requested that no action be taken by the Court at this time and Ms. Jones be continued on supervised release.

The U. S. Attorney's Office has been notified and concurs with the above recommendation.

Approved by: _____
Vidette Putman
Supervisory U.S. Probation Officer